IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL CERVANTES<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DAVE'S SPECIALTY FOODS, INC.<br><br>　　　　　　Defendant. | Case No. 16 C 7608<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Sheila Finnegan |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

　　The Parties having reached a settlement in this matter, Plaintiff and Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit with prejudice.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 15, 2016

| | |
|---|---|
| *s/Alvar Ayala*<br>Alvar Ayala<br>Christopher J. Williams<br>WORKERS LAW OFFICE, P.C.<br>53 W. Jackson Blvd, Suite 701<br>Chicago, Illinois 60604<br><br>Counsel for Plaintiff | *s/Tami J. Diamond*<br>Tami J. Diamond<br>Kurt E. Vragel, Jr., P.C.<br>1701 East Lake Avenue, Suite 170,<br>Glenview, Illinois, 60602<br>(847) 657-8551<br><br>Counsel for Defendant |